IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC PORRAS, ALBERTO PERES,
JESUS HERNANDEZ, PERRY KELLY,

        Plaintiffs,

v.                                                No. 1:13-cv-00850-KG-SCY

ADMIRAL BEVERAGE CORPORATION,
a foreign for-profit corporation,

        Defendant.

## ORDER OF DISMISSAL

In accordance with the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition entered herewith, the Court dismisses the claims of Plaintiffs Isaac Porras and Alberto Peres with prejudice.

_____
UNITED STATES DISTRICT JUDGE