UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISAAC PORRAS, *et al.*,

        Plaintiffs,

vs.                                  CIV 13-0850 KG/SCY

ADMIRAL BEVERAGE CORPORATION,
*a foreign for-profit corporation,*

        Defendant.

### ORDER DISMISSING CASE

This matter comes before the Court on the Joint Motion for Order of Dismissal with Prejudice of all Claims Against Defendant, filed on June 24, 2015, (Doc. 93).  Having considered the Motion, the Court finds the Motion is well-taken and hereby is granted.

_____
UNITED STATES DISTRICT JUDGE